

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RODNEY GADDIS PORTER                                         PETITIONER

VERSUS                                          CIVIL ACTION NO. 1:06cv226WJG-JMR

DOLAN WALLER and JIM HOOD                                    RESPONDENTS

### FINAL JUDGMENT

THIS MATTER is before the Court on Rodney Gaddis Porter's objection [17-1] to the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [14-1] entered in this cause on January 26, 2007.  Also before the Court is the respondent's motion to dismiss [7-1] Porter's *habeas corpus* petition based on the provisions of 28 U.S.C. § 2244(d), and Porter's motion for default or summary judgment [9-1].  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed.  It is therefore,

ORDERED AND ADJUDGED that this matter be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 5th day of March, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE